UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THURMAN L. WADE, JR., | ) |
| Movant, | ) |
| v. | ) No. 1:16CV32 RLW |
| UNITED STATES OF AMERICA, | ) |
| Respondent, | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Thurman Wade's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. The Court has reviewed the motion and finds that Wade is not entitled to relief. Consequently, the motion is summarily denied. *See* 28 U.S.C. § 2255 Rule 4.

Wade was convicted on two counts of bank robbery by force and aiding and abetting. *United States v. Wade*, No. 1:03CR34 TLS (N.D. In.). The court sentenced him to 151 months' imprisonment.

After he completed his prison term, Wade moved to this District. On June 15, 2015, the district court for the Northern District of Indiana transferred jurisdiction over Wade's supervised release to this Court. *United States v. Wade*, No. 1:15CR73 RLW (E.D. Mo.). On February 16, 2016, this Court determined that Wade violated the terms of his supervised release and sentenced him to eight months' imprisonment to be followed by two years of supervised release.

On February 23, 2016, Wade filed the instant motion. In it, he argues that his original sentence was entered in error because he did not qualify as a Career Offender. He says his prior conviction for escape should not have been counted as a crime of violence under Chapter Four of the Guidelines.

This Court does not have jurisdiction to grant relief on Wade's original, completed sentence. Under § 2255(a), a movant must challenge his conviction in the sentencing court. As a result, the motion must be dismissed.

Additionally, to the extent that Wade is attempting to challenge the revocation of his supervised release, he is not entitled to relief. He has not alleged that the revocation violated the Constitution or laws of the United States.

Accordingly,

**IT IS HEREBY ORDERED** that Thurman Wade's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 is **DISMISSED**.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability.

An Order of Dismissal will be filed separately.

Dated this 14th day of March, 2016.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE